## 240.   RAIDEN *v.* THE STATE.

POWELL, J.   1. The Penal Code, § 191, makes two kinds of acts criminal:
(1) that in which the party fraudulently converts to his own use the
money or article entrusted; (2) that in which he otherwise disposes of
the same without the consent of the owner or bailor, and to his injury,
and without paying to such owner or bailor on demand the full market
value or market price thereof.   In the first kind the crime is complete
as soon as the party fraudulently converts the articles to his own use.
*McCoy* v. *State*, 15 *Ga.* 211.   In the second kind the crime is complete
(the other elements being present) when demand is made and the full
market value or price is not thereupon paid.   Venue for the criminal
prosecution lies only in the county where the crime becomes completed
in one of the methods above stated.

2. It appearing that the defendant was entrusted with money in Madison
county, for a purpose to be performed in that county, and it not ap-
pearing that he ever brought any of the same into Clarke county and
that demand was made upon him in Madison county, and that in re-
sponse to such demand he failed to deliver the money or pay the value
thereof, he could not legally be tried for the offense in Clarke county,
though a subsequent demand and failure to pay occurred in that county.
                    *Judgment reversed.   Russell, J., disqualified.*

Indictment for larceny after trust, from Clarke superior court—
Judge Cobb presiding.   January 5, 1907.

Argued March 20,—Decided March 28, 1907.

*George C. Thomas, E. K. Lumpkin,* for plaintiff in error.

*S. J. Tribble, solicitor-general,* contra.